IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:25-cv-00507

| | |
|---|---|
| HEATHER ROBISON, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KRISPY KREME DOUGHNUT CORPORATION<br><br>    Defendant. | **NOTICE OF APPEARANCE** |

    Please take notice that Troy D. Shelton is appearing on behalf of Plaintiff Heather Robison. Counsel can be served at the address listed below.

    This the 7th day of July, 2025.

    /s/ Troy D. Shelton
    Troy D. Shelton
    N.C. Bar No. 48070
    tshelton@dowlingfirm.com
    **DOWLING PLLC**
    3801 Lake Boone Trail, Suite 260
    Raleigh, NC 27607
    Tel: (919) 529-3351

    *Counsel for Plaintiff and the Proposed Class*