UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

---

Heather Robinson, individually, and on behalf of all others
similarly situated

          Plaintiff(s)

                           VS.                   Case No: 1:25-cv-00507

Krispy Kreme Doughnut Corporation

          Defendant(s)

---

## AFFIDAVIT OF SERVICE

I, Jennifer Adams, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Letter Dated June 25, 2025, Summons, Class Action Complaint, Notice of Right to Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge, and Notice and Response on Reference of a Civil Action to a Magistrate Judge in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/26/2025 at 01:35 PM, I served Krispy Kreme Doughnut Corporation c/o Corporation Service Company, Registered Agent at 2626 Glenwood Avenue, Suite 500, Raleigh, North Carolina 27608 with the Letter Dated June 25, 2025, Summons, Class Action Complaint, Notice of Right to Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge, and Notice and Response on Reference of a Civil Action to a Magistrate Judge by serving Lilly Frazier, Agent, authorized to accept service on behalf of Corporation Service Company.

Lilly Frazier is described herein as:

Gender: Female    Ethnicity: Caucasian    Age: 22    Weight: 130    Height: 5'5"    Hair: Brown

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 06/26/2025

                                            Jennifer Adams

                                          Client Ref Number: N/A
                                          Job #:13599391

| | |
|---|---|
| HEATHER ROBISON, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KRISPY KREME DOUGHNUT CORPORATION <br><br> Defendant. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that a copy of the foregoing document was served by electronic mail on counsel for Defendant as follows:

william.ridgway@skadden.com

sarah.wang@skadden.com

rachel.cheng@skadden.com

This the 10th day of July, 2025.

/s/ W. Michael Dowling
W. Michael Dowling
N.C. State. Bar No. 42790
mike@dowlingfirm.com
**DOWLING PLLC**
3801 Lake Boone Trail, Suite 260
Raleigh, NC 27607
Tel: (919) 529-3351

*Counsel for Plaintiff and the Proposed Class*