UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Case No. 1:25-CV-00507-TDS-JEP

HEATHER ROBISON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

KRISPY KREME DOUGHNUT CORPORATION,

Defendant.

CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Krispy Kreme Doughnut Corporation ("Krispy Kreme" or "Defendant"), by and through its undersigned counsel, hereby submits this Consent Motion for an Extension of Time to Respond to the Complaint and, in support thereof, states as follows:

1. On June 25, 2025, Plaintiff Heather Robison filed a class action complaint (ECF No. 1, "Complaint" or "Compl.") against Krispy Kreme, alleging negligence, negligence *per se*, breach of implied contract, invasion of privacy, and breach of bailment.

2. On June 26, 2025, Krispy Kreme accepted service of process in this matter, such that the responsive pleading deadline is July 17, 2025.

3. Between June 20, 2025 and July 3, 2025, fifteen other class action lawsuits

with substantially similar allegations were filed against Krispy Kreme. Counsel for Krispy Kreme is currently in discussion with plaintiffs' counsel and anticipates consolidation of these cases.

4. Krispy Kreme will need an extension of time to continue investigating complex issues and preparing an appropriate responsive pleading. Moreover, given the anticipated consolidation of the cases, an extension of the responsive pleading deadline will prevent unnecessary briefing, promote efficiency, and conserve judicial resources.

5. Krispy Kreme respectfully requests an extension of time to answer, move, or otherwise respond to the Complaint until August 26, 2025.

6. Pursuant to L.R. 6.1, counsel for Krispy Kreme and Plaintiff have conferred regarding this motion, and Plaintiff consented to Krispy Kreme's requested extension of time.

7. This is the first request for additional time sought by Krispy Kreme in this action.

8. Krispy Kreme's request will not prejudice any party to this case. This request is made in good faith and not for purposes of delay.

WHEREFORE, Krispy Kreme respectfully requests that the Court grant the instant motion and enter an Order extending the time for Krispy Kreme to answer, move, or otherwise respond to the Complaint until August 26, 2025.

Dated: July 14, 2025

/s/ William E. Ridgway
William E. Ridgway (IL Bar #6325417)
(*pro hac vice forthcoming*)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
320 South Canal Street
Chicago, IL 60606
Telephone: (312) 407-0449
william.ridgway@skadden.com

/s/ Amanda P. Nitto
Robert E. Harrington (NC Bar #26967)
Amanda P. Nitto (NC Bar #45158)
ROBINSON BRADSHAW
600 South Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-8387
rharrington@robinsonbradshaw.com
anitto@robinsonbradshaw.com

*Counsel for Defendant Krispy Kreme Doughnut Corporation*

3