UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Case No. 1:25-CV-00507-TDS-JEP

| | |
|---|---|
| HEATHER ROBISON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KRISPY KREME DOUGHNUT CORPORATION, <br><br> Defendant. | [PROPOSED] ORDER |

This matter is before the Court on Defendant Krispy Kreme Doughnut Corporation's ("Krispy Kreme") Consent Motion for an Extension of Time to Respond to the Complaint;

FOR GOOD CAUSE SHOWN, the time in which Krispy Kreme may answer or otherwise respond to the Complaint is hereby extended through and including August 26, 2025.

IT IS SO ORDERED.