UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HEATHER ROBISON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KRISPY KREME DOUGHNUT CORPORATION,<br><br>　　　　　　Defendant. | Civil Case No. 1:25-CV-00507-TDS-JEP<br><br>Hon. Thomas D. Schroeder,<br>　Judge<br><br>Hon. Joi Elizabeth Peake,<br>　Magistrate Judge |

**NOTICE OF APPEARANCE OF ROBERT E. HARRINGTON**

Robert E. Harrington, of the law firm Robinson, Bradshaw & Hinson, P.A., hereby provides notice to the Court and all parties and their counsel that he will appear, in addition to Amanda P. Nitto, as counsel in this action on behalf of Defendant Krispy Kreme Doughnut Corporation. Please direct all future filings, correspondence, notices and other contacts regarding this case to Mr. Harrington and Ms. Nitto through the CM/ECF electronic filing system or at the addresses listed below.

Dated: July 14, 2025

/s/ Robert E. Harrington
Robert E. Harrington (NC Bar #26967)
Amanda P. Nitto (NC Bar #45158)
ROBINSON BRADSHAW
600 South Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-8387
rharrington@robinsonbradshaw.com
anitto@robinsonbradshaw.com

*Counsel for Defendant Krispy Kreme Doughnut Corporation*