# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

HEATHER ROBISON )
)
    Plaintiff(s), )
)
v. )   **Case No.:** 1:25-cv-00507-TDS-JEP
)
KRISPY KREME DOUGHNUT )
CORPORATION )
)
    Defendant(s). )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

KRISPY KREME DOUGHNUT CORPORATION who is DEFENDANT ,
(Name of Party)           (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes     (✔) No

2. Does party have any parent entities?

    (✔) Yes     ( ) No

If yes, identify all parent entities including grandparent, great-grandparent, etc.: Krispy Kreme Doughnuts, Inc., Cotton Parent, Inc., Krispy Kreme, Inc.

3. Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

   ( ) Yes        (✔) No

   If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____
   _____
   _____

4. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

   (✔) Yes        ( ) No

   If yes, identify all such owners:  Krispy Kreme, Inc.
   _____
   _____

5. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes        (✔) No

   If yes, identify entity and nature of interest: _____
   _____
   _____

6. In all cases, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of  Not Applicable  and, in diversity cases, their states of citizenship:
   (name of LLC or LP party)

   _____        _____
   (name of member or partner)              (state of citizenship)

   _____        _____
   (name of member or partner)              (state of citizenship)

   _____        _____
   (name of member or partner)              (state of citizenship)

   _____        _____
   (name of member or partner)              (state of citizenship)

2

Note: If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page. If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

| s/ Amanda P. Nitto | July 14, 2025 |
|---|---|
| (Signature) | (Date) |