**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
Civil Case No. 1:25-CV-00507-TDS-JEP

| | |
|---|---|
| HEATHER ROBISON, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>KRISPY KREME DOUGHNUT CORPORATION,<br><br>          Defendant. | ORDER |

This matter is before the Court on Defendant Krispy Kreme Doughnut Corporation's ("Krispy Kreme") Consent Motion for an Extension of Time to Respond to the Complaint. The Court finds good cause to allow the requested extension by consent.

IT IS THEREFORE ORDERED that the Consent Motion for Extension of Time [Doc. #6] is GRANTED, and the time in which Krispy Kreme may answer or otherwise respond to the Complaint is hereby extended through and including August 26, 2025.

This, the 18th day of July, 2025.

_____
Joi Elizabeth Peake
United States Magistrate Judge