IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HEATHER ROBISON, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

KRISPY KREME DOUGHNUT CORPORATION

    Defendant.

Case No. 1:25-cv-00507

## PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Heather Robison hereby gives notice that his claims in this action against Defendant Krispy Kreme Doughnut Corporation are voluntarily dismissed without prejudice. Plaintiff's notice is timely made before Defendant served an answer or a motion for summary judgment. Parties to bear their own costs.

Dated: August 22, 2025

/s/ W. Michael Dowling
Troy D. Shelton
N.C. Bar No. 48070
tshelton@dowlingfirm.com
W. Michael Dowling
N.C. Bar No. 42790
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
Raleigh, NC 27607
Tel: (919) 529-3351

Lynn A. Toops*
Amina A. Thomas*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
ltoops@cohenmalad.com
athomas@cohenmalad.com

1

*To Seek Pro Hac Vice Admission

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I, W. Michael Dowling, hereby certify that on August 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 22nd day of August, 2025.

*/s/ W. Michael Dowling*
W. Michael Dowling

3